**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TAVIA WAGNER,**

    Plaintiff,

v.                                      Case No. 6:20-cv-00888-WWB-DCI

**CIRCLE K STORES, INC.**
**d/b/a CIRCLE K #4742,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Defendant, CIRCLE K STORES, INC. ("Circle K"), by and through its undersigned counsel, and hereby files this Notice of Settlement to advise the Court that the parties have reached a settlement of the claims in the above-styled action against Defendant, CIRCLE K STORES, INC. The parties are in the process of finalizing formal settlement.

Dated: July 1, 2020.

                                                        Respectfully submitted,

                                                        */s/ Stephanie C. Generotti*
                                                        William E. Grob
                                                       Florida Bar No.: 463124
                                                       william.grob@ogletree.com
                                                      Stephanie C. Generotti
                                                      Florida Bar No. 112924
                                                      stephanie.generotti@ogletree.com
                                                      OGLETREE, DEAKINS, NASH, SMOAK &
                                                      STEWART, P.C.
                                                      100 N. Tampa Street, Suite 3600
                                                      Tampa, Florida  33602
                                                      Telephone: (813) 289-1247
                                                      Facsimile:  (813) 289-6530

                                                      *Attorneys for Defendant Circle K Stores Inc.*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 1, 2020, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Joe M. Quick
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida  32118
*Attorneys for Plaintiff*

                                      */s/ Stephanie C. Generotti*
                                      Attorney

43359593.1