**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

        Plaintiff,

v.                                Case No:  6:20-cv-888-Orl-78DCI

CIRCLE K STORES INC.,

        Defendant.

_____

## ORDER

Defendant advised the Court the parties have settled the action. (Doc. 16 at 1).
Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is
**ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the
right of any party, within sixty days from the date of this Order, to move the Court to enter
a stipulated form of final order or judgment, or, on good cause shown, to reopen the case
for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on July 6, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record